Michael S. Duberchin (SBN 108338)
4768 Park Granada, Suite 212
Calabasas, CA 91302
Telephone (818) 222-7484
Facsimile (818) 222-7480

David I. Brownstein (SBN 195393)
BROWNSTEIN & BROWNSTEIN, LLP
15910 Ventura Blvd., Suite 1110
Encino, CA 91436
Telephone (818) 905-0000
Facsimile (818) 905-0099

Counsel for Plaintiff/Movant, George Lopez

FILED
OCT 18 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ENTERED
OCT 24 2005
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CA
BY

LODGED
OCT -5 2005
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:

BRUCE CARLTON BRIDGMAN,

Debtor.

GEORGE LOPEZ,

Plaintiff,

v.

BRUCE CARLTON BRIDGMAN,

Defendant.

CASE NO. SA04-17174RA

Chapter 7

Adv. No.: 05-01133

**PARTIAL SUMMARY JUDGMENT**

Date: September 30, 2005
Time: 11:00 a.m.
Ctrm.: 6C

On September 30, 2005, at 11:00 a.m., in Courtroom 6C, this Court conducted a hearing on the Motion of George Lopez (the "Plaintiff") for Partial Summary Judgment in

1

1  the above referenced adversary proceeding and in connection with the above referenced
2  Chapter 7 bankruptcy case (the "Motion"), appearances were as noted on the record.
3      After considering the Motion, pleadings and evidence submitted by the parties, the
4  comments of counsel at the hearing, finding that notice was proper, finding that there are
5  no genuine issues of material fact, finding that as a matter of law the debtor Bruce Carlton
6  Bridgman has acted within the scope of 11 U.S.C. § 727(a)(2)(A) and is not entitled to a
7  discharge under § 727(a), finding pursuant to Federal Rule of Civil Procedure 54(b) that
8  there is no just reason for delay with respect to the entry of judgment on only one of the
9  claims for relief sought in Plaintiff's complaint and Motion, and for the reasons set forth
10  on the record and good cause appearing therefore, the Court renders its Judgment as
11  follows:
12      1. Judgment on Plaintiff's cause of action under 11 U.S.C. § 727(a)(2)(A) is
13  entered in favor of the Plaintiff and against the Defendant.
14      2. Defendant is not entitled to a discharge under 11 U.S.C. § 727(a).

Dated: 10/18, 2005    By: _____
The Honorable Robert W. Alberts,
United States Bankruptcy Judge

2

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re BRUCE CARLTON BRIDGMAN | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER SA04-17174RA |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: PARTIAL SUMMARY JUDGMENT

   was entered on *(specify date)*: OCT 24 2005

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: OCT 24 2005

Dated: OCT 24 2005

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _R. Rowl_
Deputy Clerk

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.1**

## SERVICE LIST

| | |
|---|---|
| Bruce Carlton Bridgman<br>20282 Ramona Lane<br>Huntington Beach, CA 92646 | Defendant (Home) |
| Charles W. Daff<br>2122 N Broadway #210<br>Santa Ana, CA 92706 | Attorney for Debtor |
| James J. Joseph<br>2029 Century Park East<br>3rd Floor<br>Los Angeles, CA 90067-2904 | Chapter 7 Trustee |
| U.S. Trustee's Office<br>411 W. Fourth Street, Suite 9041<br>Santa Ana, CA 92701 | United States Trustee |
| Michael Duberchin<br>4768 Park Granada, Suite 212<br>Calabasas, CA 91302 | Co- Counsel for Plaintiff |
| David I. Brownstein<br>Brownstein & Brownstein, LLP<br>15910 Ventura Blvd., Suite 1110<br>Encino, California 91436 | Attorney for Plaintiff |